ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 MAR 12  AM 11: 45

CLERK OF COURT

1  Frederick W. Lee (Calif. State Bar # 201516)
   (*pro hac vice pending*)
2  Law Offices of Frederick W. Lee APC
   500 N. State College Blvd., Suite 1200
3  Orange, California 928568
   Tel: (714) 634-1234
4  Fax: (714) 634-1239
   fredleelaw@gmail.com
5
   Frederic M. Douglas (Calif. State Bar # 212778)
6  (*pro hac vice pending*)
   Attorney At Law
7  15333 Culver Drive, Suite 340
   Irvine, California 92604-3051
8  Tel: (949) 293-0442
   Fax: (949) 203-8768
9  fdouglas@cox.net

10 Attorneys for Defendants
   IDEAMAX, EUGENE LEE AND AEKYUNG LEE
11

12

13               UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF TEXAS
14
                     FORT WORTH DIVISION
15

16 FLEXIBLE INNOVATIONS LTD., a      Case No.   4:14-cv-093-A
   Texas Limited Partnership,
17                                   DECLARATION OF FREDERIC M.
                                     DOUGLAS IN SUPPORT OF
                  Plaintiff,         DEFENDANTS IDEAMAX, EUGENE
18                                   LEE, AND AEKYUNG LEE'S
         vs.                         NOTICE OF MOTION AND MOTION
19                                   TO DISMISS PLAINTIFF'S
   IDEAMAX, a California General     COMPLAINT FOR FAILURE TO
20 Partnership, EUGENE LEE, and      STATE A CLAIM AND MOTION
   AEKYUNG LEE,                      FOR MORE DEFINITE STATEMENT
21
                  Defendants.
22
                                     Court Room: 401
23                                   Judge: Hon. John McBryde
24
                                     Complaint Filed: 2/11/2014
25

26

27

28
                                  - 1 -
            DECLARATION OF FREDERIC M. DOUGLAS

I, Frederic M. Douglas, declare:

1.   I am an attorney licensed to practice before all courts of the State of California (since 2001) and admitted to practice before the U.S. Court, Central and Northern Districts of California (since 2002 and 2011, respectively), and the Eastern District of Texas (since 2007). I am registered with the United States Patent and Trademark Office as a patent attorney (since 2001). I am a solo practitioner who is one of the attorneys for Defendants in this matter. The following facts are of my own personal knowledge, except matters stated on information and belief, which are duly noted. If called upon to do so, I could and would testify to the truth of the matters stated herein.

2.   Attached to the Defendants' Request for Judicial Notice as Exhibit A is a true and correct copy of U.S. Patent No. D691,138 S, a design patent to a "Stylus Pen For A Mobile Device" which issued on October 8, 2013. I retrieved this document from the website of the U.S. Patent and Trademark Office at http://patft.uspto.gov/netacgi/nph-Parser?Sect2=HITOFF&d=PALL&0=1&u=%2Fnetahtml%2FPTO%2Fsrchnum.htm&r=1&f=G&l=50&s1=D691138.PN.&OS=PN/D691138&RS=PN/D691138.

3.   Attached to the Defendants' Request for Judicial Notice as Exhibit B is a true and correct copy of U.S. Patent Application Publication No. US 2013/0067671 A1, published on March 21, 2013 for a "Mobile Device Accessory Functioning As Mouse Pad, Screen Cleaner, Wrist Rest For Keyboard And/Or Stand." I retrieved this document from the website of the U.S. Patent and Trademark Office at http://appft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1&Sect2=HITOFF&d=PG01&p=1&u=%2Fnetahtml%2FPTO%2Fsrchnum.html&r=1&f=G&l=50&s1=%2220130067671%22.PGNR.&OS=DN/20130067671&RS=DN/20130067671.

- 2 -

**DECLARATION OF FREDERIC M. DOUGLAS**

1   Pursuant to 28 U.S.C. § 1746,  I, Frederic M. Douglas, declare under penalty of perjury

2   under the laws of the United States of America that the foregoing is true and correct.

3

4   Executed this 6th day of March 2014 at Irvine, California.

5

6          By:    /s/ Frederic M. Douglas
7          Frederic M. Douglas
           Attorney for Defendants
8          IDEAMAX, EUGENE LEE,
           AND AEKYUNG LEE
9   ////
    ////
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**DECLARATION OF FREDERIC M. DOUGLAS**

1

2

### Certificate of Service

I hereby certify that on March 6, 2014, I transmitted the foregoing documents

3

4

5

**DECLARATION OF FREDERIC M. DOUGLAS IN SUPPORT OF
DEFENDANTS IDEAMAX, EUGENE LEE, AND AEKYUNG LEE'S
NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S
COMPLAINT FOR FAILURE TO STATE A CLAIM AND MOTION FOR
MORE DEFINITE STATEMENT**

6

7

electronically in compliance with Local Rules, constituting electronic service upon

8

counsel of record that have consented to electronic service. All other counsel of

9

record or pro se parties were served with a true and correct copy of the foregoing

10

11

by hand delivery, email, U.S. mail or facsimile transmission, on this the 6th day of

12

March, 2014.

13

/s/ Frederic M. Douglas

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

**DECLARATION OF FREDERIC M. DOUGLAS**

1  Frederick W. Lee (Calif. State Bar # 201516)
   (*pro hac vice pending*)
2  Law Offices of Frederick W. Lee APC
   500 N. State College Blvd., Suite 1200
3  Orange, California 928568
   Tel: (714) 634-1234
4  Fax: (714) 634-1239
   fredleelaw@gmail.com
5
   Frederic M. Douglas (Calif. State Bar # 212778)
6  (*pro hac vice pending*)
   Attorney At Law
7  15333 Culver Drive, Suite 340
   Irvine, California 92604-3051
8  Tel: (949) 293-0442
   Fax: (949) 203-8768
9  fdouglas@cox.net

10 Attorneys for Defendants
   IDEAMAX, EUGENE LEE AND AEKYUNG LEE

11

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
14

15 FLEXIBLE INNOVATIONS LTD., a | Case No.   4:14-cv-093-A
   Texas Limited Partnership,
16                              | DEFENDANTS IDEAMAX, EUGENE
                 Plaintiff,     | LEE, AND AEKYUNG LEE'S
17                              | NOTICE OF MOTION AND MOTION
        vs.                     | TO DISMISS PLAINTIFF'S
18                              | COMPLAINT FOR FAILURE TO
   IDEAMAX, a California General | STATE A CLAIM AND MOTION
19 Partnership, EUGENE LEE, and | FOR MORE DEFINITE STATEMENT
   AEKYUNG LEE,
20                              | Court Room: 401
                 Defendants.    | Judge: Hon. John McBryde
21                              | Complaint Filed: 2/11/2014

22

23

24       <u>DECLARATION OF FREDERIC M. DOUGLAS, ESQ.</u>

25

26                        EXHIBIT A

27

28

                          EXHIBIT A

US00D691138S

(12) **United States Design Patent**
Lee

(10) **Patent No.:** **US D691,138 S**
(45) **Date of Patent:** ** **Oct. 8, 2013**

(54) **STYLUS PEN FOR A MOBILE DEVICE**

(71) Applicant: **Eunchang Lee**, Irvine, CA (US)

(72) Inventor: **Eunchang Lee**, Irvine, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/445,724**

(22) Filed: **Feb. 15, 2013**

(51) LOC (9) Cl. ................................................. **14-02**
(52) U.S. Cl.
USPC ............................................................. **D14/411**
(58) **Field of Classification Search**
USPC ............. D14/411, 155; D19/35, 36, 41–51,
D19/54–58; 401/55, 99, 100, 104–107, 196,
401/197, 202, 208, 209, 213, 192, 195, 243;
708/107; 345/179, 173; 178/19.01; 700/94;
D13/144, 158
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D275,956 | S | * | 10/1984 | Culp ....................... | D14/431 |
| D316,253 | S | * | 4/1991 | Riddiford et al. ...... | D14/411 |
| D330,700 | S | * | 11/1992 | Wharton ................. | D13/158 |
| D336,747 | S | * | 6/1993 | Chao ...................... | D14/402 |
| D347,824 | S | * | 6/1994 | Wharton ................. | D13/144 |
| D398,287 | S | * | 9/1998 | Luminosu ............... | D13/144 |
| D473,871 | S | * | 4/2003 | Santos .................... | D14/417 |
| D491,946 | S | * | 6/2004 | Slocombe et al. ...... | D14/402 |
| D504,407 | S | * | 4/2005 | Cohen et al. ........... | D14/155 |
| D573,578 | S | * | 7/2008 | Turksu et al. .......... | D14/155 |
| D668,252 | S | * | 10/2012 | Lu ......................... | D14/411 |
| D668,655 | S | * | 10/2012 | Li et al. ................. | D14/411 |

* cited by examiner

*Primary Examiner* — Austin Murphy
(74) *Attorney, Agent, or Firm* — The PL Law Group, PLLC

(57) **CLAIM**

The ornamental design for a stylus pen for a mobile device, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a stylus pen for a mobile device, showing my new design;
FIG. 2 is a front view thereof;
FIG. 3 is a rear view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof;
FIG. 7 is a bottom plan view thereof; and,
FIG. 8 is a view showing an example of the usage of the stylus pen for a mobile device, wherein a leg of the stylus pen is inserted into an earphone jack of a mobile device.
The purpose of broken lines in the drawings is to show environmental structure or boundaries that form no part of the design to be patented.

**1 Claim, 6 Drawing Sheets**



FIG. 1



FIG. 2



FIG. 3



**U.S. Patent**       Oct. 8, 2013       Sheet 4 of 6       **US D691,138 S**

FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



1  Frederick W. Lee (Calif. State Bar # 201516)
   *(pro hac vice pending)*
2  Law Offices of Frederick W. Lee APC
   500 N. State College Blvd., Suite 1200
3  Orange, California 928568
   Tel: (714) 634-1234
4  Fax: (714) 634-1239
   fredleelaw@gmail.com
5
   Frederic M. Douglas (Calif. State Bar # 212778)
6  *(pro hac vice pending)*
   Attorney At Law
7  15333 Culver Drive, Suite 340
   Irvine, California 92604-3051
8  Tel: (949) 293-0442
   Fax: (949) 203-8768
9  fdouglas@cox.net

10 Attorneys for Defendants
   IDEAMAX, EUGENE LEE AND AEKYUNG LEE
11

12            UNITED STATES DISTRICT COURT
13            NORTHERN DISTRICT OF TEXAS
                 FORT WORTH DIVISION
14

15 FLEXIBLE INNOVATIONS LTD., a        Case No.   4:14-cv-093-A
   Texas Limited Partnership,
16                                     **DEFENDANTS IDEAMAX, EUGENE
                     Plaintiff,        LEE, AND AEKYUNG LEE'S
17                                     NOTICE OF MOTION AND MOTION
         vs.                           TO DISMISS PLAINTIFF'S
18                                     COMPLAINT FOR FAILURE TO
   IDEAMAX, a California General       STATE A CLAIM AND MOTION
19 Partnership, EUGENE LEE, and        FOR MORE DEFINITE STATEMENT**
   AEKYUNG LEE,
20                                     Court Room: 401
                     Defendants.       Judge: Hon. John McBryde
21                                     Complaint Filed: 2/11/2014
22

23

24    **<u>DECLARATION OF FREDERIC M. DOUGLAS, ESQ.</u>**

25

26                   **EXHIBIT B**

27

28

────────────────────────────────────

                   **EXHIBIT B**

US 20130067671A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2013/0067671 A1**
LEE (43) Pub. Date: **Mar. 21, 2013**

(54) **MOBILE DEVICE ACCESSORY FUNCTIONING AS MOUSE PAD, SCREEN CLEANER, WRIST REST FOR KEYBOARD AND/OR STAND**

(76) Inventor: **Eunchang LEE**, Irvine, CA (US)

(21) Appl. No.: **13/363,072**

(22) Filed: **Jan. 31, 2012**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 13/235,460, filed on Sep. 18, 2011, now abandoned.

**Publication Classification**

(51) **Int. Cl.**
*A47L 13/10* (2006.01)

(52) **U.S. Cl.**
USPC ...................................................... **15/210.1**

(57) **ABSTRACT**

A portable mobile device accessory is capable of being detachably attached to a mobile device. The mobile device accessory includes a cloth having a first surface which is to clean a surface and a second surface opposite to the first surface and a polymer adhesive layer attached to the second surface of the cloth. The polymer adhesive layer has a tacky surface which includes a re-adherable strip of polymer adhesive designed for temporarily attaching the portable mobile device accessory to a surface of the mobile device. The portable mobile device accessory is capable of functioning as a surface cleaning cloth, a mouse pad, a wrist rest for a keyboard, a stand and/or a protector.



Patent Application Publication      Mar. 21, 2013  Sheet 1 of 9          US 2013/0067671 A1

# FIG. 1



# FIG. 2



Patent Application Publication       Mar. 21, 2013  Sheet 2 of 9        US 2013/0067671 A1

# FIG. 3A



# FIG. 3B



# FIG. 4



Patent Application Publication     Mar. 21, 2013  Sheet 4 of 9      US 2013/0067671 A1

# FIG. 5



# FIG. 6



# FIG. 7A



# FIG. 7B



## FIG. 8A

~80

~81

## FIG. 8B



82

80

FIG. 8C



FIG. 9

  

US 2013/0067671 A1

Mar. 21, 2013

1

# MOBILE DEVICE ACCESSORY FUNCTIONING AS MOUSE PAD, SCREEN CLEANER, WRIST REST FOR KEYBOARD AND/OR STAND

## CROSS REFERENCE TO RELATED APPLICATION

[0001]   The present application is a continuation-in-part (CIP) of and claims all benefits from U.S. patent application Ser. No. 13/235,460 with a filing date of Sep. 18, 2011, the entire contents of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

[0002]   1. Field of the Invention

[0003]   This invention relates generally to a portable mobile device accessory which functions as a mouse pad, a screen cleaning cloth, a wrist rest for a keyboard, a stand and a protector for a mobile device.

[0004]   2. Description of Related Art

[0005]   Conventional mouse pads are too big and thick to carry with a mobile device such as a smartphone, a laptop computer or a tablet PC. Previously, some have proposed a pull out mouse pad built into a laptop. U.S. Pat. No. 7,922,141 teaches a mouse pad apparatus that removably attaches to a laptop computer via spaced apart flex clips affixed to one side of the platform border. However, the conventional mouse pads need additional apparatus to carry mouse pads. Most microfiber glasses or screen cleaners are also hard to be carried on the laptop or tablet PC because they are just plain cloths. Users need to carry them on the cases separately. The conventional gel wrist mouse pads on the market are too thick to be attached or carried on the laptop computer. Thus, mobile device accessories that can be easily carried and removably attach to a surface such as a surface of a laptop computer or a tablet PC are needed.

## SUMMARY OF THE INVENTION

[0006]   According to an aspect of the present invention, a portable mobile device accessory is capable of being detachably attached to a mobile device. The portable mobile device accessory includes: a cloth having a first surface which is to clean a surface and a second surface opposite to the first surface; and a polymer adhesive layer attached to the second surface of the cloth, the polymer adhesive layer having a tacky surface comprising a re-adherable strip (which can cover at least part of or an entire surface of the cloth) of polymer adhesive designed for temporarily attaching the portable mobile device accessory to a surface of the mobile device, the portable mobile device accessory capable of functioning as a surface cleaning cloth, a mouse pad and a wrist rest for a keyboard.

[0007]   According to an aspect of the present invention, the cloth is a microfiber.

[0008]   According to an aspect of the present invention, the polymer adhesive layer is formed of polyurethane or polyester.

[0009]   According to an aspect of the present invention, the cloth has two portions having different thicknesses, a protruded portion of the two portions is used as a wrist rest, and the non-protruded portion of the two portions is used as a mouse pad.

[0010]   According to an aspect of the present invention, the polymer adhesive layer has two portions having different

thicknesses, a protruded portion of the portable mobile device accessory is used as a wrist rest, and the non-protruded portion of the portable mobile device accessory is used as a mouse pad.

[0011]   According to an aspect of the present invention, a laptop computer has the portable mobile device accessory.

[0012]   According to an aspect of the present invention, the portable mobile device accessory is detachably attached to an outside of the laptop computer.

[0013]   According to an aspect of the present invention, the portable mobile device accessory includes a pair of the mobile device accessories, and the pair of mobile device accessories is detachably attached below a keyboard of the laptop computer.

[0014]   According to an aspect of the present invention, a tablet PC has the portable mobile device accessory.

[0015]   According to an aspect of the present invention, a portable mobile device accessory includes: a microfiber having a first surface which is able to clean a surface and a second surface opposite to the first surface; and a polymer adhesive layer attached to the second surface of the microfiber, the polymer adhesive layer having a tacky surface comprising a re-adherable strip of polymer adhesive comprised of at least one of polyurethane and polyester designed for temporarily attaching the portable mobile device accessory to a surface of the mobile device, the portable mobile device accessory capable of functioning as a surface cleaning cloth, a mouse pad and a wrist rest for a keyboard.

[0016]   According to an aspect of the present invention, a portable mobile device accessory capable of being detachably attached to a mobile device, includes: a first layer having a first surface and a second surface opposite to the first surface; and a polymer adhesive layer attached to the second surface of the cloth, the polymer adhesive layer having a tacky surface comprising a re-adherable strip of polymer adhesive designed for temporarily attaching the portable mobile device accessory to a surface of the mobile device, the portable mobile device accessory having at least one function of a surface cleaning function, a mouse pad function and a wrist rest function.

[0017]   According to an aspect of the present invention, the first layer may be formed of material that has a surface enhancing the usability of a mouse.

[0018]   According to an aspect of the present invention, the first layer may be formed of microfiber, and the portable mobile device accessory has a surface cleaning function.

[0019]   According to an aspect of the present invention, the first layer may be formed of gel or foam material, and the portable mobile device accessory has a wrist rest function.

[0020]   According to an aspect of the present invention, the portable mobile device accessory is formed of a single piece having a surface cleaning function, a mouse pad function and a wrist rest function.

[0021]   According to an aspect of the present invention, a mobile device accessory, including: a cloth having a first surface which is to clean a screen and a second surface opposite to the first surface; and a polymer adhesive layer attached to the second surface of the cloth, the polymer adhesive layer having a tacky surface including a re-adherable strip of polymer adhesive designed for temporarily attaching the portable mobile device accessory to a surface of the mobile device; wherein the mobile device accessory has at least one of fold lines and a cut having a shape to function as a stand for supporting the mobile device when the mobile device acces-

sory is folded according to the fold lines and attached to the mobile device, and/or when a cut portion of the mobile device accessory is raised from the other part of the mobile device accessory along the cut and attached to the mobile device.

[0022] According to an aspect of the present invention, the fold lines may be three parallel lines including a first line, a third line, and a second line between the first line and the third line so that the screen cleaner has a T shape when the portable mobile device accessory is folded.

[0023] According to an aspect of the present invention, the fold lines are lines of slits.

[0024] According to an aspect of the present invention, the accessory may have portions having a smaller thickness than the thickness of the other portions to form the fold lines.

[0025] According to an aspect of the present invention, the accessory has the cut.

[0026] According to an aspect of the present invention, the cut include a shape of ∩, Λ, or ⊓.

[0027] According to an aspect of the present invention, the cut includes a shape to make two portions opposite to each other raised from the other portion to hold the mobile device between the two portions.

[0028] According to an aspect of the present invention, the cut has a shape of H.

[0029] According to an aspect of the present invention, the mobile device accessory has a shape corresponding to a shape of a rear surface of a mobile device.

## BRIEF DESCRIPTION OF THE DRAWING

[0030] FIG. 1 is a top perspective view of a portable mobile device accessory according to an embodiment of the present invention.

[0031] FIG. 2 is a sectional view taken along line A-A in FIG. 1.

[0032] FIG. 3A is a sectional view of a portable mobile device accessory according to another embodiment of the present invention.

[0033] FIG. 3B is a sectional view of a portable mobile device accessory according to yet another embodiment of the present invention.

[0034] FIG. 4 illustrates a computer accessory according to an embodiment of the present invention that attaches to a portion near a touch pad of a laptop computer.

[0035] FIG. 5 illustrates a portable mobile device accessory according to an embodiment of the present invention that attaches to an outer surface of a laptop computer.

[0036] FIG. 6 illustrates a portable mobile device accessory according to an embodiment of the present invention that attaches to a tablet PC.

[0037] FIGS. 7A and 7B illustrate a portable mobile device accessory according to an embodiment of the present invention that can be used as a stand for supporting a mobile phone.

[0038] FIGS. 8A, 8B and 8C illustrate a portable mobile device accessory according to another embodiment of the present invention that can be used as a stand for supporting a mobile phone.

[0039] FIG. 9 illustrates a portable mobile device accessory according to an embodiment of the present invention that can be used for protecting a cell phone from drops and scratches.

## DETAILED DESCRIPTION

[0040] The present invention will now be described more specifically with reference to the following embodiments. It is to be noted that the following descriptions of embodiments of this invention are presented herein for purposes of illustration and description only; it is not intended to be exhaustive or to be limited to the precise form disclosed.

[0041] According to an embodiment of the present invention, a portable mobile device accessory 10 includes a first layer 11 having a polymer adhesive layer 12 as shown in FIGS. 1 and 2.

[0042] The material for the first layer 11 may be varied according to the purposes of the portable mobile device accessory. For example, if the portable mobile device accessory 10 is intended to be used for screen-cleaning, a first layer 11 may be formed of a material which can be used for screen-cleaning for a keyboard, such as microfiber. If the portable mobile device accessory 10 is intended to be used as a mouse pad, a first layer 11 may be formed of a material that has a surface enhancing the usability of a mouse such as fabric, plastics, recycled rubber tires, neoprene, silicone rubber, leather, glass, cork, wood, aluminum, stone and stainless steel, optionally with an additional layer of fabric bonded to the upper surface.

[0043] If the portable mobile device accessory 10 is intended to be used as a wrist rest for a keyboard, a first layer 11 may be formed of a material which can be used for a wrist rest for a keyboard, such as gel (e.g., polyurethane gel covered in synthetic leatherette) or foam material.

[0044] According to an embodiment of the present invention, the first layer 10 is formed of a cloth. When the first layer 10 is formed of a cloth, the portable mobile device accessory is a multi-function accessory functioning as a mouse pad, a screen cleaning cloth and a writs rest for a keyboard of a mobile device.

[0045] The term "mobile computer" or "mobile device" in the specification and the claim section includes, but is not limited to a laptop computer, a tablet PC, and a mobile phone.

[0046] The term "cloth" in the specification and the claim section means any material which can be used for cleaning a screen or a surface of a mobile device.

[0047] The term "detachably attached" to a surface in the specification and the claim section means that a material has a re-adherable strip of adhesive on one surface, designed for temporarily attaching a portable mobile device accessory to a certain surface.

[0048] The cloth can include, but not limited to, a microfiber.

[0049] The cloth can be die cut or cut into different sizes to be attached on anywhere of a mobile device such as a laptop computer or tablet PC.

[0050] Examples of material for the liquid polymer adhesive layer 12 include polyurethane and polyester.

[0051] An exemplary method of forming the polymer adhesive layer is disclosed in U.S. Pat. No. 6,613,382 which is incorporated herein by reference.

[0052] For example, the polymer adhesive layer is formed as follows:

[0053] A liquid polymer adhesive is applied onto a surface 11A of the cloth such that the liquid polymer adhesive spreads across and covers the cloth, and the liquid polymer adhesive is allowed to polymerize. Once the liquid polymer adhesive is allowed to polymerize, it forms the polymer adhesive layer 12 which is permanently bonded with the cloth surface 11A. The polymer adhesive layer 12 provides a tacky surface 12A to the cloth. The tacky surface 12A can form a temporary, removable bond with the surface of a mobile device, and yet be

readily peel-removed without harming the surface or leaving a residue. The tacky surface 12A of the polymer adhesive layer 12 can also be washed with water to remove dust and other contaminants to restore the tacky consistency of the polymer adhesive layer 12.

[0054]    Since the portable mobile device accessory 10 has a tacky surface 12A, it can be attached to anywhere of a mobile device.

[0055]    Since the mobile device accessories 10 are thin, the laptop computer is closed easily without removing the mobile device accessories 10.

[0056]    For example, the thickness of the mobile device accessory according to an embodiment of the present invention is in the range of 0.5 mm to 5 mm, for example, 0.5 mm to 3 mm, specifically, 1 mm to 3 mm.

[0057]    The portable mobile device accessory 10 can be used as a screen cleaning cloth, a mouse pad and/or a wrist rest.

[0058]    To be used as a screen cleaning cloth, the portable mobile device accessory 10 detachably attached to a mobile device is peeled off from the mobile device, and the detached cloth 10 can be used for getting rid of dust or finger print on the screen.

[0059]    Once it is cleaned, the portable mobile device accessory 10 can be attached to the original position or anywhere of laptop/tablet PC.

[0060]    To be used as a wrist rest mouse pad, the portable mobile device accessory according to an embodiment of the present invention can be modified as shown in FIG. 3A or 3B. That is, the cloth 11 may have two different thicknesses as shown in FIG. 3A. Alternatively, the polymer adhesive layer 12 may have two different thicknesses as shown in FIG. 3B. The protruded surface 11C can function as a wrist rest, and the non-protruded portion 11B can function as a mouse pad.

[0061]    To be used as a wrist rest for a keyboard, a single portable mobile device accessory may be detachably attached right below a keyboard of the laptop computer. If there is a touch pad right below a keyboard, a plurality (e.g., a pair) of the mobile device accessories 10 may be detachably attached right below a keyboard of the laptop computer 31 as shown in FIG. 4.

[0062]    As described above, the tacky surface of the portable mobile device accessory according to an embodiment of the present invention can be washed (for example, with water or wet-towel) to clean the tacky surface, and the cloth surface can be washed as well. Accordingly, the portable mobile device accessory can be used long without losing the tackiness.

[0063]    When the mobile device accessories are positioned as shown in FIG. 4, they can function as a screen cleaning cloth, a (wrist rest) mouse pad and a wrist rest for a keyboard. However, the attached position and the number of the pieces of the portable mobile device accessories can be varied according to a user's preference. For example, the portable mobile device accessory can be attached only to a right next to a touch pad of a laptop computer for a purpose of a (wrist rest) mouse pad as well as screen-cleaning.

[0064]    Alternatively or additionally, the portable mobile device accessory 10 can be detachably attach to an outside surface of a laptop computer 31 as shown in FIG. 5.

[0065]    Likewise, when the portable mobile device accessory 10 is used for a tablet PC, it can be attached to any surface of a tablet PC. FIG. 4 shows one example of a tablet PC 32 having a portable mobile device accessory 10.

[0066]    Thus, a portable mouse pad, screen cleaner and wrist rest (three-in-one) can be carried easily on a mobile device such as a laptop computer and a table PC.

[0067]    Even though it is one product, it can be used as three different products at the same time.

[0068]    According to another embodiment of the present invention, an accessory 70 can be used a screen cleaner as well as a stand. The accessory 70 that can be used a screen cleaning cloth may have fold lines so that it can have a T shape when it is folded according to the fold line. For example, the fold lines may include three vertical lines 71, 72, 73 as shown in FIG. 7A. The fold line may be any line to make the screen cleaner easily folded according to the fold lines. For example, the fold lines may be line of small slits so that the screen cleaner can be easily folded. For example, the fold line may be a portion of the screen cleaning cloth in which the thickness of the screen cleaning cloth is smaller than that of the other parts of the screen cleaner. The thinner thickness may be made when the screen cleaner is made, or by pressing the portion of the screen cleaner. Alternatively, the fold line may be made by keeping the screen cleaner folded for long so that it may have a tendency to be reverted into the folded shape when it is unfolded.

[0069]    FIG. 7B illustrates how the screen cleaner can be used as a stand for supporting a mobile phone. To be used as a screen cleaning cloth, the accessory 70 detachably attached to a mobile device (S1) is peeled off from the mobile device, and the detached cloth 70 can be used for getting rid of dust or finger print on the screen. (S2)

[0070]    Once it is cleaned, the accessory 70 can be attached to the original position or anywhere of laptop/tablet PC or a mobile phone.

[0071]    To be used as a stand, the accessory 70 having three vertical fold lines 71, 72, 73 is folded by simply attaching the fold line 71 and the fold line 73 to make it T shape. (S3 and S4) The T-shaped accessory is placed on the lower middle part of the mobile device such as a smartphone with push/snap. (S5 and S6)

[0072]    Examples of material for the accessory include polyurethane and polyester.

[0073]    According to an embodiment of the present invention, since the accessory 70 has a first surface which is to clean a surface and a second surface to which a polymer adhesive layer with a re-adherable strip of polymer adhesive designed for temporarily attaching the mobile device accessory to a surface of the mobile device, the accessory has a tacky surface so that it can be attached to anywhere of a mobile device. When the accessory loose stickiness, it can be washed off the dust with water or wet-towel. (S7)

[0074]    According to another embodiment of the present invention, an accessory 80 can be used as a screen cleaner as well as a stand. The accessory 80 that can be used a screen cleaning cloth may have a cut. The cut has a shape to make the portion of the accessory support a mobile device when the cut portion is raised from the other part of the accessory 80. Exemplary shapes of the cut include ∩, ∧, or ⊓, but are not limited thereto. To more securely hold the mobile device, the cut may have a shape so that two portions opposite to each other are raised to hold the mobile device 82. For example, the cut 81 may have an H shape as shown in FIG. 8A, but is not limited thereto. FIG. 8B is a side view when the screen cleaning cloth is used as a stand, and 8C illustrate how the accessory can be used as a screen cleaner as well as a stand.

US 2013/0067671 A1                                                      Mar. 21, 2013

4

[0075]   FIG. 9 illustrates a portable mobile device accessory according to an embodiment of the present invention that can be used for protecting a mobile device from drops and scratches.

[0076]   For example, when the accessory has a shape corresponding to a shape of a mobile device, the accessory may have a function of protecting a mobile device from drops and scratches. For example, the above-mentioned embodiments may have the shape corresponding to the mobile device, the accessory may function as a screen cleaner, a stand, and a protector.

[0077]   With the present invention, a user has a mouse pad, screen cleaner and wrist rest on the go with easy carrying mechanism. A user does not need to carry a separate microfiber cloth on a case. There is no more hassle to carry thick and big mouse pad or wrist rest separately on the brief case. This is a very simple one piece product that could be attached on the laptop or tablet pc to be carried every day.

[0078]   While the invention has been described in terms of what are presently considered to be the most practical and preferred embodiments, it is to be understood that the invention need not be limited to the disclosed embodiment. On the contrary, it is intended to cover various modifications and similar arrangements included within the spirit and scope of the appended claims, which are to be accorded with the broadest interpretation so as to encompass all such modifications and similar structures. Therefore, the above description and illustration should not be taken as limiting the scope of the present invention which is defined by the appended claims.

1. A portable mobile device accessory capable of being detachably attached to a mobile device, comprising:

   a cloth having a first surface which is to clean a screen and a second surface opposite to the first surface, wherein the cloth is a single layer; and

   a polymer adhesive layer of a single layer formed of polyurethane or polyester attached directly to the second surface of the cloth, the polymer adhesive layer having a tacky surface for temporarily attaching the portable mobile device accessory to a surface of the mobile device, the portable mobile device accessory capable of functioning as at least two of a surface cleaning cloth, a mouse pad and a wrist rest for a keyboard.

2. The portable mobile device accessory of claim 1, wherein the cloth is a microfiber.

3. The portable mobile device accessory of claim 1, wherein the polymer adhesive layer is formed of polyurethane.

4. The portable mobile device accessory of claim 1, wherein the polymer adhesive layer is formed of polyester.

5. The portable mobile device accessory of claim 1, wherein the cloth has two portions having different thicknesses, a protruded portion of the two portions is used as a wrist rest, and the non-protruded portion of the two portions is used as a mouse pad.

6. The portable mobile device accessory of claim 1, wherein the polymer adhesive layer has two portions having different thicknesses, a protruded portion of the portable mobile device accessory is used as a wrist rest, and the non-protruded portion of the portable mobile device accessory is used as a mouse pad.

7. A laptop computer having the portable mobile device accessory of claim 1.

8. The laptop computer of claim 7, wherein the portable mobile device accessory is detachably attached to an outside of the laptop computer.

9. The laptop computer of claim 7, wherein the portable mobile device accessory comprises a pair of the mobile device accessories, and the pair of mobile device accessories are detachably attached below a keyboard of the laptop computer.

10. A tablet PC having the portable mobile device accessory of claim 1.

11. A portable mobile device accessory capable of being detachably attached to a mobile device, comprising:

   a first layer having a first surface and a second surface opposite to the first surface, the first layer comprising microfiber; and

   a polymer adhesive layer attached directly to the second surface of the first layer, the polymer adhesive layer having a tacky surface for temporarily attaching the portable mobile device accessory to a surface of the mobile device, the polymer adhesive layer of a single layer formed of polyurethane or polyester, the portable mobile device accessory having at least one function of a surface cleaning function, a mouse pad function and a wrist rest function.

12. The portable mobile device accessory of claim 11, wherein the first layer comprises material that has a surface enhancing the usability of a mouse.

13. The portable mobile device accessory of claim 11, wherein the first layer comprises microfiber, and the portable mobile device accessory has a surface cleaning function.

14. (canceled)

15. The portable mobile device accessory of claim 11, wherein the portable mobile device accessory has the surface cleaning function, the mouse pad function and the wrist rest function.

16. The portable mobile device accessory of claim 11, wherein the portable mobile device accessory has a thickness in the range of 0.5 mm to 5 mm.

17. A mobile device accessory, comprising:

   a cloth having a first surface which is to clean a screen and a second surface opposite to the first surface, wherein the cloth is a single layer; and

   a polymer adhesive layer attached directly to the second surface of the cloth by applying a liquid polymer adhesive to the second surface and polymerizing the applied liquid polymer adhesive to be permanently bonded with the second surface, the polymer adhesive layer formed of polyurethane or polyester, the polymer adhesive layer having a tacky surface for temporarily attaching the portable mobile device accessory to a surface of a mobile device;

   wherein the mobile device accessory has fold lines, a cut, or a combination thereof, said fold lines, cut or the combination thereof having a shape to make the mobile device accessory function as a stand for supporting the mobile device when the mobile device accessory is folded according to the fold lines and detachably attached to the mobile device, and/or when a portion of the mobile device accessory is raised from the other part of the mobile device accessory along the cut and detachably attached to the mobile device; and

   wherein the mobile device is a mobile phone.

US 2013/0067671 A1

5

Mar. 21, 2013

**18**. The portable mobile device accessory of claim **17**, wherein the portable mobile device accessory has the fold lines.

**19**. The portable mobile device accessory of claim **18**, wherein the fold lines are three parallel lines comprising a first line, a third line, and a second line between the first line and the third line so that the screen cleaner has a T shape when the portable mobile device accessory is folded.

**20**. The portable mobile device accessory of claim **18**, wherein each of the fold lines comprises at least one slit wherein each of the one or more slits is smaller than the length of the fold line.

**21**. The portable mobile device accessory of claim **18**, wherein the accessory has portions having a smaller thickness than the thickness of the other portions to form the fold lines.

**22**. The portable mobile device accessory of claim **17**, wherein the accessory has the cut.

**23**. The portable mobile device accessory of claim **22**, wherein the cut includes a shape of ∩, Λ, or ⊓.

**24**. The portable mobile device accessory of claim **22**, wherein the cut includes a shape to make two portions opposite to each other raised from the other portion to hold the mobile device between the two portions.

**25**. The portable mobile device accessory of claim **22**, wherein the cut has a shape of H.

**26**. The portable mobile device accessory of claim **17**, wherein the mobile device accessory has a rectangular shape.

**27**. (canceled)

**28**. (canceled)

**29**. A mobile phone having the portable mobile device accessory of claim **17**.

**30**. The portable mobile device accessory of claim **1**, wherein the polymer adhesive layer is directly attached to the second surface of the cloth by applying a liquid polymer adhesive to the second surface and polymerizing the applied liquid polymer adhesive to be permanently bonded with the second surface.

**31**. The portable mobile device accessory of claim **1**, consisting essentially of the cloth and the polymer adhesive layer.

**32**. The portable mobile device accessory of claim **11**, consisting essentially of the first layer and the polymer adhesive layer.

**33**. The mobile device accessory of claim **17**, consisting essentially of the cloth and the polymer adhesive layer.

* * * * *