ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 APR 14  AM 9: 47

CLERK OF COURT

| | | |
|---|---|---|
| FLEXIBLE INNOVATIONS LTD., a Texas Limited Partnership, | § § § § | |
| Plaintiff, | § § | |
| v. | § | Case No. 4:14-CV-00093-A |
| IDEAMAX, a California General Partnership, EUGENE LEE, and AEKYUNG LEE, | § § § § | |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff Flexible Innovations Ltd. hereby **STIPULATES** to **DISMISSAL WITH PREJUDICE** of Count 1 and **DISMISSAL WITHOUT PREJUDICE** of Counts 2, 3 and 4 of the Plaintiff's Original Complaint filed herein.

Dated: April 14, 2014.

Respectfully submitted,

/s/ Richard L. Schwartz

Richard L. Schwartz
Texas Bar No. 17869500
rschwartz@whitakerchalk.com
Thomas F. Harkins
Texas Bar No. 09000990
tharkins@whitakerchalk.com
**WHITAKER CHALK SWINDLE
 & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Phone: (817) 878-0500
Fax: (817) 878-0501

**ATTORNEYS FOR PLAINTIFF
FLEXIBLE INNOVATIONS LTD.**